MEMO ENDORSED

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/27/2019

## THE WEITZ LAW FIRM, P.A.

18\_\_ _____
Aventura, Florida 33160

June 27, 2019

**VIA CM/ECF**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 14D
New York, NY 10007

      Re:    **Velasquez v. Join Us HK, LLC, d/b/a Hold Fast kitchen and Spirits, et al.**
             **Case Number: 1:18-cv-10217-ALC**

Dear Judge Carter:

      Pursuant to the Order to Show Cause [D.E. 9], dated April 25, 2019, whereby Plaintiff is to show cause why this action should not be dismissed for failure to prosecute, for failure to move for default judgment, and pursuant to the May 28, 2019 Order granting Letter Motion for Extension of Time to File Response [D.E. 10], counsel for Plaintiff states the following:

      Plaintiff's counsel submits that he initiated correpondence with a courtesy copy of the Complaint and Summons, to the subject facility by courier service and by Federal Express, to the individual defendant addresses last month, in an attempt to solicit a response to Plaintiff's Complaint in this matter. Today, again, Plaintiff's counsel initiated delivery of a copy of the Complaint and Summons, along with the Order Show Cause [D.E. 9], by Federal Express and by courier service to the subject facility and to the inidividual corportions.

      As a reponse is expected and as the undersigned awaits a response, Plaintiff's attorney, therefore, requests an extension of time of 30 days, until the end of July, for defendants to appear and for Plaintiff file its response for the Order to Show Cause why this action should not be dismissed, and therein, permit time for defendants to make their appearance in this matter.

      This Court may wish to take notice that this is the second request for extension of time with regard to the said Order to Show Cause. Thank you for your attention to this request.

                                        Sincerely,

                                By: /S/ B. Bradley Weitz
                                   B. Bradley Weitz, Esq. (BW9365)

**SO ORDERED:**

*/s/ Andrew L. Carter, Jr.*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

June 27, 2019

                                   THE WEITZ LAW FIRM, P.A.
                                   Attorney for Plaintiff
                                   Bank of America Building
                                   18305 Biscayne Blvd., Suite 214
                                   Aventura, Florida 33160
                                   Telephone: (305) 949-7777
                                   Facsimile: (305) 704-3877
                                   Email: bbw@weitzfirm.com

1