UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

RICARDO VELASQUEZ,

           Plaintiff,

v.

JOIN US HK, LLC d/b./a HOLD FAST KITCHEN AND SPIRITS, and MUSIGNY LLC,

           Defendants

------------------------------------------------------------x

Case No. 1:18-cv-10217 (ALC)

**NOTICE OF APPEARANCE**

TO: The Clerk of Court and all parties of record:

PLEASE TAKE NOTICE that I am admitted to practice in this court and I appear in this case as counsel for defendants JOIN US HK, LLC and MUSIGNY LLC.

Dated: July 16, 2019
      New York, New York

*s/Andrew Weltchek*
Andrew Weltchek (AW6136)
Cohen Hochman & Allen
Attorneys for Defendants
75 Maiden Lane, Suite 802
New York, New York 10038
212-566-7081
aweltchek@chalegalteam.com