# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

July 27, 2019

<u>VIA CM/ECF</u>
Honorable Judge Andrew L. Carter, Jr.
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 24B
New York, NY 10007

        Re:    **Velasquez v. Join Us HK, LLC, d/b/a Hold Fast Kitchen and Spirits, et al.**
              <u>**Case Number: 1:18-cv-10217-ALC**</u>

Dear Judge Carter:

      Pursuant to the Order to Show Cause [D.E. 9], dated April 25, 2019, subsequent Order extending time [D.E. 11], dated May 28, 2019, and final Order extending time [D.E. 13], dated July 24, 2019, whereby Plaintiff is to show cause by June 27, 2019 (most recent date) why Plaintiff's Complaint against defendants Join Us HK, LLC and Musigny LLC should not be dismissed, the undersigned counsel states that the defendants have made an appearance [D.E. 14] in this case rendering Plaintiff's showing of good cause moot.

      Thank you for your attention to this matter.

                                            Sincerely,

                                      By: <u>/S/ B. Bradley Weitz</u>
                                           B. Bradley Weitz, Esq. (BW9365)
                                           THE WEITZ LAW FIRM, P.A.
                                           Attorney for Plaintiff
                                           Bank of America Building
                                           18305 Biscayne Blvd., Suite 214
                                           Aventura, Florida 33160
                                           Telephone: (305) 949-7777
                                           Facsimile: (305) 704-3877
                                           Email: bbw@weitzfirm.com